FILED
FT. SMITH DIST

2017 JUL 24 P 4:24

CIR. CLERK SEB. CO.

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
CIVIL DIVISION
FORT SMITH DISTRICT

SONYA HAYES        CV-17-0775       PLAINTIFF

VS.                  Case No. CV-2017-_____

CRAIN K OF FORT SMITH LLC
d/b/a CRAIN KIA OF FORT SMITH and
CRAIN AUTOMOTIVE HOLDINGS, LLC       DEFENDANTS

## COMPLAINT

Comes now the Plaintiff, Sonya Hayes, through her attorney, Joe D. Byars, Jr., of Byars and Hall, LLC, and for her Complaint against Defendants, Crain K of Fort Smith LLC and Crain Automotive Holdings, LLC, states as follows:

1. Plaintiff, Sonya Hayes, is an adult female who is a citizen and resident of Fort Smith, Sebastian County, Arkansas.

2. Defendant, Crain K of Fort Smith LLC, is also doing business as "Crain Kia of Fort Smith" which is a domestic limited liability company which may be served with Summons and Complaint by serving its registered agent, Chris Byrd, 5980 Wadley Road, Sherwood, AR 72120.

3. Defendant, Crain Automotive Holdings Smith LLC, is also an Arkansas limited liability company which may be served with Summons and Complaint by serving its registered agent, Chris Byrd, 5980 Wadley Road, Sherwood, AR 72120.

1


EXHIBIT A

4. This is an action authorized and instituted pursuant to the Arkansas Civil Rights Act and 42 U.S.C. §2000 et. seq. The unlawful employment practices alleged in this Complaint have been committed within Sebastian County, Arkansas. Venue is proper in this court.

5. The Plaintiff, Sonya Hayes, filed a timely charge alleging sex discrimination and retaliation with the Equal Employment Opportunity Commission. Ms. Hayes filed her charge with the EEOC within 180 days of the acts of discrimination complained of herein.

6. On or about June 7, 2017, Plaintiff received a Notice of Right to Sue from the EEOC which is dated as mailed on June 5, 2017. A copy of the Notice of Right to Sue is attached hereto as Exhibit "A" and is incorporated herein by reference.

## FACTS COMMON TO ALL COUNTS

7. Hayes began her employment with Crain Kia in February 2016 as a receptionist. Her starting wage was $10.00 per hour.

8. In April of 2016, the dealership hired a new general manager, Greg Creager. Mr. Creager soon began to make sexual remarks and awkward sexual comments to Hayes about Creager's wife and his relationship with his wife.

9. In May of 2016 Creager asked Hayes where he could go for drinks and asked Hayes if she would have a drink with him. Hayes declined the invitation.

10. Mr. Creager made comments to Hayes that if he became intoxicated, he would "not be responsible" for his actions towards Hayes. Mr. Creager continued to make

2

sexual remarks and unwelcome advances to Hayes on multiple occasions. For example, one day while in the break room of the dealership, Mr. Creager made physical contact with Sonya Hayes by slapping her in the buttocks and said "I would like some of that" which was very embarrassing to Ms. Hayes.

11. In late May of 2016, Hayes was told that she would be promoted to the job of customer relations manager with a pay raise to $11.00 per hour.

12. After the promotion was offered, Hayes ran into Mr. Creager at an after hours bar and grill, whereby Hayes soon left the restaurant. However, Creager began to text and call Hayes after she left.

13. On or about June 19, 2016, Creager sent Hayes a text stating he was still at the dealership working on customer issues. Since Hayes thought this related to her job description, she asked Creager if she could assist. Creager suggested for Hayes to come to the dealership. Once at the dealership, Creager began to compliment Hayes on the way she was dressed and stated that she looked "sexy" in her sun dress. Creager stated to Hayes that he wanted to be "lovers" but that he did not want to tell their families and could leave it a secret. Hayes continued to decline his advances. It soon became apparent that Creager had resolved the "customer issue", so Hayes left and told Creager she would see him the next day.

14. A few days later, Mr. Creager began to berate Hayes and curse at Hayes because of an alleged "bad survey" turned in by one of the customers. Creager stated that when Hayes left for lunch, he is not sure if she should come back to work. Uncertain of

3

her job status, Hayes sent Creager text messages asking whether and when she should return.

15. Hayes continued to request her status of Mr. Creager but received no clear message. Hayes finally went to the dealership and asked Creager if she could come back to work. At that time, Creager stated to Hayes he did not have a reception job because he had hired another receptionist. Creager stated that Hayes could join the sales force, and when Hayes replied that she would be glad to try, Creager refused and stated to Hayes that she was terminated from her employment.

## COUNT I

### 42 U.S.C. §2000
### Sex Discrimination

16. Plaintiff repleads the allegations contained in 1 through 15 above, as if set forth fully herein.

17. Plaintiff, Hayes, is a woman and was employed by Crain Kia at its Fort Smith, Arkansas Kia automobile dealership beginning in February of 2016.

18. On June 24, 2016, Sonya Hayes as unlawfully discharged from her employment.

19. The Defendants, Crain K of Fort Smith LLC and/or Crain Automotive Holdings, LLC, was the employer of Plaintiff, Sonya Hayes, within the meaning of the A.C.A. and 42 U.S.C. §2000e. Both entities employ more than fifteen persons. At this point, it is unclear to Plaintiff the true identity of her "employer"- but she was employed by Crain Kia in Fort Smith.

20. On information and belief, Crain K of Fort Smith LLC and Crain Automotive Holdings, LLC share management and human resources personnel and decisions

4

concerning employment matters are made by Crain Automotive Holdings, LLC, and accordingly, all employees of Crain Automotive Holdings, LLC and/or Crain K of Fort Smith LLC should be counted in determining the number of employees which were employed by Ms. Hayes' employer.

21. Hayes was qualified to perform her job with Crain Kia or was meeting the legitimate expectations of her employer.

22. On multiple occasions during her employment with Crain Kia, Plaintiff, Sonya Hayes, was subjected to unwelcome sexual advances by the general manager, Greg Creager.

23. The Plaintiff suffered an adverse employment action when her employment was terminated because she refused the sexual advances of Greg Creager.

24. The discrimination perpetrated by the Defendant and its employees was based on sex.

25. Accordingly, the Defendants' conduct violated the Arkansas Civil Rights Act, and the 1964 Civil Rights Act, 42 U.S.C. §2000e et. seq.

26. As a proximate cause of the illegal conduct of Defendants, Sonya Hayes suffered lost wages, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses.

27. The Defendants acted with malice and/or reckless disregard to the rights of Plaintiff, Hayes, and therefore, the Plaintiff, Sonya Hayes, is entitled to punitive damages.

WHEREFORE, the Plaintiff, Sonya Hayes, respectfully requests the Court to enter judgment against the Defendants, Crain K of Fort Smith LLC and Crain Automotive Holdings, LLC, and award damages to the Plaintiff, including damages for lost wages, emotional distress, mental

anguish, punitive damages, compensatory relief, front pay or reinstatement, reasonable attorneys fees and court costs, all with interest as provided by law, and for such other and further relief as the Court deems just and equitable.

## COUNT II

### 42 U.S.C. §2000
### Retaliation

28. Plaintiff repleads the allegations contained in paragraphs 1 through 28 set forth above as if fully set forth herein.

29. Plaintiff Hayes opposed discrimination and sexual harassment in the workplace.

30. The Defendants took adverse employment actions against the Plaintiff, Hayes, in retaliation to her opposition to discrimination in the workplace in violation of 42 U.S.C. §2000 and the Arkansas Civil Rights Act.

31. As a proximate cause of Defendants' illegal actions, the Plaintiff has suffered lost wages, emotional pain, suffering, inconvenience, mental anguish, loss and enjoyment of life, and other non-pecuniary losses.

32. Defendants acted with malice and/or reckless indifference to the rights of Plaintiff, and therefore, she is entitled to recover punitive damages.

WHEREFORE, the Plaintiff, Sonya Hayes, respectfully requests the Court to enter judgment against the Defendants, Crain Automotive Holdings LLC and/or Crain K of Fort Smith LLC, and award damages to the Plaintiff, including damages for lost wages, mental anguish, emotional distress, compensatory relief, punitive damages, reasonable attorneys fees and court costs, all with interest as provided by law, and such other and further relief as the Court deems just and equitable.

6

## JURY DEMAND

Plaintiff, Sonya Hayes, requests a trial by jury.

Respectfully submitted,

SONYA HAYES, *Plaintiff*

By: _____
Joe D. Byars, Jr., AR Bar #95107
BYARS & HALL, P.L.L.C.
Attorneys at Law
401 Lexington Avenue
Fort Smith, Arkansas 72901
Tel. 479-494-1800
Fax 479-783-0694
jbyars@bhhfirm.com

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**NOTICE OF RIGHT TO SUE** *(ISSUED ON REQUEST)*

| To: | Sonya D. Hayes<br>9708 Darlington Way<br>Fort Smith, AR 72908 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2016-01780 | Vera Sumpter,<br>Investigator | (501) 324-6213 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

/signature/

William A. Cash, Jr.
Area Office Director

JUN 05 2017
*(Date Mailed)*

Enclosures(s)

cc:
Lauren Piwetz
Accountant
CRAIN AUTOMOTIVE HOLDINGS, LLC
PO BOX 6070
Sherwood, AR 72124

Joe D. Byars, Jr.
BYARS & HALL
401 Lexington Avenue
Fort Smith, AR 72901

*Exhibit A*

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT

SONYA HAYES                                                                                PLAINTIFF

VS.                                  Case No. CV-2017- CV-17-0775

CRAIN K OF FORT SMITH LLC
d/b/a CRAIN KIA OF FORT SMITH and
CRAIN AUTOMOTIVE HOLDINGS, LLC                                         DEFENDANTS

**THE STATE OF ARKANSAS TO DEFENDANT:**   CRAIN AUTOMOTIVE HOLDINGS, LLC
Chris Byrd, Agent
5980 Wadley Road
Sherwood, AR 72120

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Joe D. Byars, Jr., BYARS & HALL, P.L.L.C., 401 Lexington Avenue, Fort Smith, Arkansas 72901.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**ADDRESS OF THE CLERK'S OFFICE:**           DENORA COOMER, CIRCUIT CLERK
**Sebastian County Circuit Clerk**
**Sebastian County Courthouse**
**901 S. B Street**
**Fort Smith, AR 72901**                       BY:_____D.C.
                                                         (SEAL)

                                               Date:        JUL 2 4 2017



No.____     This summons is for CRAIN AUTOMOTIVE HOLDINGS, LLC.

## PROOF OF SERVICE

☐     I personally delivered the summons and complaint to the individual at _____ _____ [place] on _____[date]; or

☐     I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐     I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐     I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐     I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt; or

☐     I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐     OTHER: _____.

☐     I was unable to execute service because _____
_____.

My fee is $_____.

**To be completed if service is by sheriff or deputy sheriff:**

Date:_____        SHERIFF OF _____ COUNTY, ARKANSAS

                         By:_____
                         Printed name:_____

**To be completed if service is by person other than a sheriff or deputy sheriff.**

Date:_____        By:_____
                         Printed name:_____

Address: _____
Phone: _____

Subscribed and sworn to before me this date:_____

                                            _____
                                            Notary Public
My commission expires: _____

Additional information regarding service or attempted service:_____
_____

## IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
## FORT SMITH DISTRICT ✓

SONYA HAYES            **CV-17-0775**           PLAINTIFF

VS.      Case No. CV-2017-_____

CRAIN K OF FORT SMITH LLC
d/b/a CRAIN KIA OF FORT SMITH and
CRAIN AUTOMOTIVE HOLDINGS, LLC           DEFENDANTS

**THE STATE OF ARKANSAS TO DEFENDANT:**     CRAIN K OF FORT SMITH LLC
Chris Byrd, Agent
5980 Wadley Road
Sherwood, AR 72120

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas -- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Joe D. Byars, Jr., BYARS & HALL, P.L.L.C., 401 Lexington Avenue, Fort Smith, Arkansas 72901.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**ADDRESS OF THE CLERK'S OFFICE:**      DENORA COOMER, CIRCUIT CLERK
Sebastian County Circuit Clerk
Sebastian County Courthouse
901 S. B Street
Fort Smith, AR 72901      BY: _____ D.C.
                                                              (SEAL)



Date: JUL 2 4 2017

No.____   This summons is for CRAIN K OF FORT SMITH LLC

**PROOF OF SERVICE**

☐   I personally delivered the summons and complaint to the individual at _____ _____ [place] on _____ [date]; or

☐   I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐   I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☐   I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐   I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt; or

☐   I am the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐   OTHER: _____.

☐   I was unable to execute service because _____ _____.

My fee is $_____.

**To be completed if service is by sheriff or deputy sheriff:**

Date:_____      SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
Printed name: _____

**To be completed if service is by person other than a sheriff or deputy sheriff.**

Date:_____      By:_____
Printed name: _____

Address: _____
Phone: _____

Subscribed and sworn to before me this date:_____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:_____
_____