IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**SONYA HAYES**                                                                                          **PLAINTIFF**

v.                                           CASE NO. CV-17-2144

**CRAIN K OF FORT SMITH LLC**
**d/b/a CRAIN KIA OF FORT SMITH and**
**CRAIN AUTOMOTIVE HOLDINGS, LLC**                                                **DEFENDANTS**

## JOINT MOTION TO DISMISS WITH PREJUDICE

The parties, Plaintiff Sonya Hayes and Defendants Crain Kia of Fort Smith, LLC d/b/a Crain Kia of Fort Smith and Crain Automotive Holdings, LLC, for their Joint Motion to Dismiss with Prejudice, state:

1. Plaintiff originally filed this action against Defendants on July 24, 2017, in the Circuit Court of Sebastian County, Arkansas. Defendants timely removed the matter to this Court, answered, and denied liability for the claims asserted by Plaintiff.

2. The parties have reached an amicable resolution of this matter, and there are no remaining issues for resolution by the Court.

3. The parties move for dismissal of Plaintiff's Complaint with prejudice, with each party to bear her or its own costs and fees.

4. Upon dismissal with prejudice, the Court will retain jurisdiction to enforce the settlement agreement if necessary.

WHEREFORE, the parties request that the Court grant their Joint Motion to Dismiss with Prejudice, that the Court enter an Order dismissing all claims with prejudice, and for any other relief to which they are entitled.

1

Respectfully submitted,

/s/ Niki Cung
Niki Cung, AR 96153
Bailey Knapp, AR 2017214
KUTAK ROCK LLP
234 E Millsap Road, Suite 200
Fayetteville, AR 72703-4099
(479) 973-4200 Telephone
(479) 973-0007 Facsimile
Niki.Cung@kutakrock.com

ATTORNEYS FOR DEFENDANTS

And

/s/ Joe D. Byars
Joe D. Byars, Jr., AR Bar #95107
BYARS & HALL, P.L.L.C.
401 Lexington Avenue
Fort Smith, Arkansas 72901
Tel. 479-494-1800
Fax 479-783-0694
jbyars@bhhfirm.com

ATTORNEYS FOR PLAINTIFF

2