UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SONYA HAYES                                                                                    PLAINTIFF

v.                                    No. 2:17-CV-02144

CRAIN K OF FORT SMITH LLC,
d/b/a Crain Kia of Fort Smith, and
CRAIN AUTOMOTIVE HOLDINGS, LLC                                            DEFENDANTS

## ORDER

Before the Court is a joint motion to dismiss this case with prejudice. (Doc. 17). The motion represents that the matter has settled. Dismissal on these terms is proper.

IT IS THEREFORE ORDERED that the motion (Doc. 17) is GRANTED and this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the settlement agreement if necessary.

IT IS SO ORDERED this 30th day of May, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE